UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK EDWARD COOK,

    Plaintiff,

v.                                                   Case No. 3:21cv109-LC-HTC

JOHN DOE OFFICER
 at WALTON CORRECTIONAL INSTITUTION,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 24, 2022 (ECF No. 26). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE under Federal

Case No. 3:21cv109-LC-HTC

Rule of Civil Procedure 25(a)(1).

    3.    The clerk of court is directed to close this case.

**DONE AND ORDERED** this 28th day February of 2022.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv109-LC-HTC